# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

  **vs.**         **CRIMINAL NO. 11-CR-30221-DRH**

**JOSE ZUNIGA-AMADOR,**

   **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On February 16, 2012, this Court entered an order for forfeiture against defendant Jose Zuniga-Amador, for the following property which had been seized from the defendant:

> **One Taurus PT840 model .40 caliber semi-automatic handgun bearing serial number SCR 60492, and any and all ammunition contained within or seized with the handgun.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 6, 2012, and ending April 4, 2012, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear

title to the above-described property that is the subject of the Order of Forfeiture filed on February 16, 2012, namely:

> **One Taurus PT840 model .40 caliber semi-automatic handgun bearing serial number SCR 60492, and any and all ammunition contained within or seized with the handgun.**

The United States Secret Service or the property custodian for the United States Secret Service shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Secret Service or the property custodian for the United States Secret Service.

**DATE: May 16, 2012**

Digitally signed by David R. Herndon
Date: 2012.05.16 11:36:47 -05'00'

**Chief Judge
United States District Court**